**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br>         Plaintiffs, <br><br>    v. <br><br> RB DEVELOPING GROUP, INC., <br><br>         Defendant. | No.  CV 14–2935 PA (SSx) <br><br> JUDGMENT |

In accordance with the Court's July 13, 2015 Order granting the Motion for Default Judgment filed by plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Contract Compliance Fund, Administrative Maintenance Fund, and Los Angeles Electrical Workers Credit Union ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs are entitled to judgment and that defendant RB Developing Group, Inc. ("Defendant") shall pay to Plaintiffs the total sum of $22,735.39, that sum representing unpaid contributions, interest, and liquidated damages imposed pursuant to ERISA § 29 U.S.C. § 1132(g)(2) and the collective bargaining agreements;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay Plaintiffs' attorneys' fees of $1,964.00 and costs of $2,627.15; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall be entitled to post-judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961.

The Clerk is ordered to enter this Judgment.

DATED: July 17, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE